# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:02CR09-01 |
| | ) | |
| v. | ) | |
| | ) | Notice of Appeal |
| Travis Marcus Lock | ) | |
| | ) | |
| Defendant | ) | |

COMES NOW the Defendant, Travis Marcus Lock, by and through counsel and gives NOTICE OF APPEAL to the Judgment for Revocation of Supervised Release entered on July 7, 2010.

Respectfully submitted this 11th day of July, 2010.

/s/ Richard M. Thompson
NC Bar Number 32544
Law Offices of Coulter & Thompson
1801 N. Tryon St., Suite 425
Charlotte, North Carolina 28206
Phone: (704) 763-9849
Fax: (704) 973-9241
legalmail@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on 11th day of July, 2010, the foregoing Notice was duly served upon the United States of America by electronically filing copy thereof to the U. S. Attorney of record, as follows:

Michael Savage        mike.savage2@usdoj.gov

/s/ Richard M. Thompson
NC Bar Number 32544
Law Offices of Coulter & Thompson
1801 N. Tryon St., Suite 425
Charlotte, North Carolina 28206
Phone: (704) 763-9849
Fax: (704) 973-9241

**legalmail@gmail.com**